Coleman E. PERKINS and Ruby C. Perkins v. FACTORY POINT NATIONAL BANK, No. 282-78

638

October 2, 1979. Appellee's motion to file a supplemental brief is denied.